GEOFFREY A. HANSEN
Acting Federal Public Defender
HEATHER R. ROGERS
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant GLENN JINGCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00552 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING HEARING DATE |
| vs. | ) | |
| GLENN JINGCO, | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Glenn Jingco, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Assistant United States Attorney Joseph A. Fazioli, hereby stipulate that, with the Court's approval, the status hearing currently set for February 2, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to February 23, 2012, at 9:00 a.m.

The reason for the requested continuance is that defense counsel was recently assigned to the case and requires additional time to discuss potential settlements with Mr. Fazioli and to consult with Mr. Jingco.  The parties therefore respectfully request a continuance to February 23, 2012, at 9:00 a.m.

1   The parties agree that the time between February 2, 2012, and February 23, 2012, may be
2   excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective
3   preparation of counsel.

4

5   Dated: February 1, 2012

6   _____/s/_____
    HEATHER ROGERS
    Assistant Federal Public Defender

7

8   Dated:  February 1, 2012       _____/s/_____
    JOSEPH A. FAZIOLI
9   Assistant United States Attorney

10

11   **[PROPOSED] ORDER**

12   GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
13   ORDERED that the hearing currently set for February 2, 2012, at 9:00 a.m., before the
14   Honorable D. Lowell Jensen, shall be continued to February 23, 2012, at 9:00 a.m.
15   THE COURT FINDS that failing to exclude the time between February 2, 2012, and
16   February 23, 2012, would unreasonably deny counsel for the defendant reasonable time necessary
17   for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§
18   3161(h)(7)(B)(iv).
19   THE COURT FINDS that the ends of justice served by excluding the time between
20   February 2, 2012, and February 23, 2012, from computation under the Speedy Trial Act outweigh
21   the interests of the public and the defendant in a speedy trial.
22   THEREFORE, IT IS HEREBY ORDERED that the time between February 2, 2012, and
23   February 23, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
24   3161(h)(7)(A) and (B)(iv).
25   //
26

1     IT IS SO ORDERED.

2   Dated: ~~GFFFG~~

                                          HON. D. LOWELL JENSEN
3                                           United States District Court Judge