1   GEOFFREY A. HANSEN
    Acting Federal Public Defender
2   HEATHER R. ROGERS
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant GLENN JINGCO

6

7                      IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                               SAN JOSE DIVISION

10

11  UNITED STATES OF AMERICA,           )   No. CR 11-00552 DLJ
                                        )
12                  Plaintiff,          )   STIPULATION AND []
                                        )   ORDER CONTINUING HEARING DATE
13  vs.                                 )
                                        )
14  GLENN JINGCO,                       )
                                        )
15                  Defendant.          )
    _____)

16

17                               **STIPULATION**

18          Defendant Glenn Jingco, by and through Assistant Federal Public Defender Heather R.

19  Rogers, and the United States, by and through Assistant United States Attorney Joseph A.

20  Fazioli, hereby stipulate that, with the Court's approval, the status hearing currently set for

21  February 23, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to

22  April 34, 2012, at 9:00 a.m.

23          The reason for the requested continuance is that defense counsel needs more time to

24  effectively prepare this case.  Specifically, the parties are actively involved in settlement

25  discussions that require a careful analysis of discovery and additional criminal history

26  investigation.  Mr. Fazioli expects to be engaged in a trial through the end of March, 2012.  Thus,

1   the request is also made on the grounds that continuity of counsel is important in this matter.

2   The parties therefore respectfully request a continuance to April 34, 2012, at 9:00 a.m.

3        The parties agree that the time between February 23, 2012, and April 34, 2012, may be

4   excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective

5   preparation of counsel.

6

7   Dated: February 22, 2012

8                          _____/s/_____
                           HEATHER ROGERS
                           Assistant Federal Public Defender

9

10   Dated:   February 22, 2012            _____/s/_____
                           JOSEPH A. FAZIOLI

11                               Assistant United States Attorney

12

13                     **[PROPOSED] ORDER**

14        GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

15   ORDERED that the hearing currently set for February 23, 2012, at 9:00 a.m., before the

16   Honorable D. Lowell Jensen, shall be continued to April 34, 2012, at 9:00 a.m.

17        THE COURT FINDS that failing to exclude the time between February 23, 2012, and

18   April 34, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for

19   effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§

20   3161(h)(7)(B)(iv).

21        THE COURT FINDS that the ends of justice served by excluding the time between

22   February 23, 2012, and April 34, 2012, from computation under the Speedy Trial Act outweigh

23   the interests of the public and the defendant in a speedy trial.

24   //

25

26

1    THEREFORE, IT IS HEREBY ORDERED that the time between February 23, 2012, and

2    April 34, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

3    3161(h)(7)(A) and (B)(iv).

4        IT IS SO ORDERED.

5    Dated: HBI BFG

6                                                    HON. D. LOWELL JENSEN
                                                     United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26