1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JINGCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00552-DLJ |
| ) | STIPULATION AND [] |
| Plaintiff, ) | ORDER CONTINUING HEARING DATE |
| ) | AND EXCLUDING TIME UNDER THE |
| vs. ) | SPEEDY TRIAL ACT |
| ) | |
| GLENN JINGCO, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

Defendant Glenn Jingco, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Joseph Fazioli, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, June 14, 2012, at 9:00 a.m., shall be continued to Thursday, July 19, 2012, at 9:00 a.m.

The reason for the requested continuance is both parties require additional time to effectively prepare in relation to on-going discussions about a possible disposition.  Accordingly, the parities therefore respectfully requests a continuance of the status hearing previously set in this matter to July 19, 2012.

Accordingly, the parties agree that the time between June 14, 2012, and July 19, 2012,

Stipulation and [] Order Continuing
Hearing                                                          1

1  may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for

2  effective preparation by both counsel.

4  Dated: June 13, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

7  Dated: June 13, 2012

_____/s/_____
JOSEPH FAZIOLI
Assistant United States Attorney

//

## [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, June 14, 2012, shall be continued to Thursday, July 19, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between June 14, 2012, and July 19, 2012, would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between June 14, 2012, and July 19, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between June 14, 2012, and July 19, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   Î ƗHƗG

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge

Stipulation and ] Order Continuing Hearing                 2